```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 06070
   ROBERT BRAZZIEL
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-3948


-----------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 04/04/2007 and was not confirmed.

     The case was dismissed without confirmation 08/23/2007.
-----------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                        PAID           PAID
-----------------------------------------------------------------------------

IL DEPT OF HEALTHCARE &  PRIORITY         20978.12          .00             .00
CHILD SUPPORT ENFORCEMEN UNSECURED       NOT FILED          .00             .00
DEMITRUS LEE             NOTICE ONLY     NOT FILED          .00             .00
CINGULAR                 UNSECURED       NOT FILED          .00             .00
SPRINT                   UNSECURED       NOT FILED          .00             .00
SPRINT                   UNSECURED       NOT FILED          .00             .00
SPRINT PCS               UNSECURED       NOT FILED          .00             .00
CITY OF CHICAGO PARKING  UNSECURED          4070.00         .00             .00
AT&T WIRELESS            UNSECURED           621.06         .00             .00
PEOPLES GAS LIGHT & COKE UNSECURED       NOT FILED          .00             .00
COMMONWEALTH EDISON      UNSECURED       NOT FILED          .00             .00
PALISADES COLLECTION LLC UNSECURED          2057.20         .00             .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY          .00                           .00
TOM VAUGHN               TRUSTEE                                            .00
DEBTOR REFUND            REFUND                                          320.00

         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE              320.00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                  320.00
                   --------------          --------------
TOTALS               320.00                    320.00




               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 06070 ROBERT BRAZZIEL
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 12/05/07                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```